```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
NOEL CINTRON-PADILLA,

                        Plaintiff,

        -against-                                                    19-cv-8907 (LAK)

CITY OF NEW YORK, et al.,

                        Defendants.
------------------------------------------x
```

# ORDER

LEWIS A. KAPLAN, *District Judge.*

        The City of New York moved for a transfer of this action to the Eastern District of New York. In a thorough report and recommendation, Magistrate Judge Robert W. Lehrburger, granted the motion. Plaintiff objects to his order.

        The fact that plaintiff's counsel disagrees with Magistrate Judge Lehrburger's order and with my previous decision in a closely comparable case does not make the order in question clearly erroneous or otherwise incorrect as a matter of law.

        The order to which objection is taken [DI 32] is affirmed. The objection is overruled. The Clerk shall transfer the case to the Eastern District of New York without further delay and close the case on our docket.

        SO ORDERED.

Dated:    April 7, 2020

                                                            /s/  Lewis A. Kaplan
                                                                 Lewis A. Kaplan
                                                           United States District Judge